IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS DISTRICT NO. 9,<br>Plaintiff,<br><br>v.<br><br>OLIN CORPORATION,<br>Defendant.<br>_____<br><br>OLIN CORPORATION,<br>Counter-Claimant,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS DISTRICT NO. 9,<br>Counter-Defendant. | Case No. 20–CV–00221–JPG |

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff/counter-defendant and against the defendant/counter-claimant.

**Dated: Tuesday, September 1, 2020**       **MARGARET M. ROBERTIE**
                                                                      **CLERK OF COURT**

                                                                      **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
                **J. PHIL GILBERT**
                **UNITED STATES DISTRICT JUDGE**